UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>STAMPRETE OF RHODE ISLAND, STAMP CRETE OF RHODE ISLAND, INC. AND STAMPED CONCRETE, INC.<br><br>Defendant, | C.A. No. 04cv11125 NG |

## AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT

I am not a party to this action and am over 18 years of age and served the summons and the complaint in this action upon Michael Pezza, President, Stamp Crete of Rhode Island, Inc. on June 1, 2004, by U.S. certified mail, return receipt requested. A copy of the original return receipt is attached hereto.

I declare under penalties of perjury that the foregoing is true and correct this 3rd day of June 2004.

Michelle Diamond, Paralegal
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael Pezzo, President
Sunup Crate of Rhode Island, Inc.
100 Ivans Avenue
Cranston, RI 02910

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label):
   7003 1010 0001 0781 9256

PS Form 3811, February 2004    Domestic Return Receipt

**UNITED STATES POSTAL SERVICE**

## Track & Confirm

**Current Status:**

You entered 7003 1010 0001 0791 0298

Your item was delivered at 12:38 pm on June 01, 2004 in JOHNSTON, RI 02919.

**Notification Options:**

**Track & Confirm by email** What is this?

**Track & Confirm**
Enter label number: