UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES LANGONE, as FUND MANAGER )
of the NEW ENGLAND TEAMSTERS AND )
TRUCKING INDUSTRY PENSION FUND )
)
)
Plaintiff, )
) C.A. No. 04cv11125 NG
v. )
)
STAMPRETE OF RHODE ISLAND, STAMP )
CRETE OF RHODE ISLAND, INC. )
AND STAMPED CONCRETE, INC. )
)
Defendant, )
)

## AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT

I am not a party to this action and am over 18 years of age and served the summons and the complaint in this action upon Leonard Pezza, President, Stamped Concrete on June 1, 2004, by U.S. certified mail, return receipt requested. A copy of the original return receipt is attached hereto.

I declare under penalties of perjury that the foregoing is true and correct this 3rd day of June 2004.

*/s/ Michelle Diamond*
Michelle Diamond, Paralegal
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Leonard Tocci, President<br>Scanned-Concrete, Inc.<br>54 Irons Avenue<br>Johnston, RI 02919 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 1010 0001 0791 9911 |
| PS Form 3811, February 2004 | Domestic Return Receipt |

# Track & Confirm

**Current Status**

You entered 7003 1010 0001 0791 9311.

Your item was delivered at 12:37 pm on June 01, 2004 in JOHNSTON, RI 02919.

**Notification Options**

> Track & Confirm by email   What is this?


POSTAL INSPECTORS
preserving the trust

site map   contact us   government services
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

Track & Confirm
Enter label number


Track & Confirm FAQs