UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES LANGONE, as FUND MANAGER )
of the NEW ENGLAND TEAMSTERS AND )
TRUCKING INDUSTRY PENSION FUND )
)
       Plaintiff, )
)   C.A. No. 04cv11125 NG
v. )
)
STAMPRETE OF RHODE ISLAND, STAMP )
CRETE OF RHODE ISLAND, INC. )
AND STAMPED CONCRETE, INC. )
)
       Defendant, )
)

FILED
IN CLERKS OFFICE
2004 JUN -4 P 1:22
U.S. DISTRICT COURT
DISTRICT OF MASS

## AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT

I am not a party to this action and am over 18 years of age and served the summons and the complaint in this action upon Leonard Pezza, President, Stamprete of Rhode Island on June 1, 2004, by U.S. certified mail, return receipt requested. A copy of the original return receipt is attached hereto.

I declare under penalties of perjury that the foregoing is true and correct this 3rd day of June 2004.

                                               /s/ Michelle Diamond
                                               Michelle Diamond, Paralegal
                                               Feinberg, Campbell & Zack, P.C.
                                               177 Milk Street
                                               Boston, MA 02109
                                               (617) 338-1976

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Leonard Pezza, President
Stamprete of Rhode Island
45 Ironia Avenue
Johnston, RI 02919

COMPLETE THIS SECTION ON DELIVERY

A. Signature
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number: 7005 1010 0001 0751 9304

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES

## Track & Confirm

**Current Status**

You entered 7003 1010 0003 0791 9304

Your item was delivered at 12:38 pm on June 01, 2004 in JOHNSTON, RI 02919.

**Notification Options**

Track & Confirm by email   What is this?



POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use   Privacy Policy