UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>  Plaintiff,<br><br>v.<br><br>STAMPRETE OF RHODE ISLAND, STAMP CRETE OF RHODE ISLAND, INC. AND STAMPED CONCRETE, INC.<br><br>  Defendant, | C.A. No. 04cv11125 NG |

STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT

Plaintiff in the above action agrees that the time for Defendants to file an answer to Plaintiff's Complaint may be extended up to and including June 28, 2004.

Dated: June 18, 2004                           Respectfully submitted,

                                                                Catherine M. Campbell
                                                                BBO #549397629444
                                                                Feinberg, Campbell & Zack, P.C.
                                                                177 Milk Street
                                                                Boston, MA 02109
                                                                (617) 338-1976


                                                                /s/ Catherine M. Campbell_____
                                                                Attorney for Plaintiff

Certificate of Service

      I, Catherine M. Campbell, hereby certify that I caused a copy of the foregoing to be mailed this day by U.S. first-class mail to Thomas Plunkett, 91 Friendship Street, Providence 02903.

                                                /s/Catherine M. Campbell

Date: June 18, 2004                       Catherine M. Campbell