UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER ) <br> of the NEW ENGLAND TEAMSTERS AND ) <br> TRUCKING INDUSTRY PENSION FUND ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STAMPRETE OF RHODE ISLAND, STAMP ) <br> CRETE OF RHODE ISLAND, INC. ) <br> AND STAMPED CONCRETE, INC. ) <br> ) <br> Defendant, ) <br> ) | C.A. No. 04cv11125 NG |

**JOINT STATEMENT AND PROPOSED PRETRIAL SCHEDULE**

Pursuant to the Notice of Scheduling Conference issued by this Court, counsel for the parties have conferred for the express purpose of (1) preparing an agenda of matters to be discussed at the October 29, 2004 scheduling conference, (2) preparing a proposed pretrial schedule for the case that includes a plan for discovery, and (3) considering whether they will consent to trial by magistrate judge.

As a result of said conference between counsel, parties have agreed, subject to Court approval, to prepare for trial in accordance with the following proposed pretrial schedule.

1. All discovery shall be completed by April 29, 2005.

2. Parties shall file any and all Rule 56 Motions for either partial or total summary judgment by June 15, 2005.

| For the Plaintiff, | For the Defendants, |
|---|---|
| CHARLES LANGONE, as FUND MANAGER Of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND, | STAMPRETE OF RHODE ISLAND, STAMP CRETE of RHODE ISLAND, INC., and STAMPED CONCRETE, INC. |
| By his Attorney, | By their Attorney, |
| /s/ Catherine M. Campbell<br>Catherine M. Campbell<br>BBO #549397<br>Feinberg, Campbell & Zack, P.C.<br>177 Milk Street<br>Boston, MA  02109<br>(617) 338-1976 | /s/ Bruce E. Thompson<br>Bruce E. Thompson, Esq.<br>Casey and Thompson, PC<br>8 North Main Street, Suite 204<br>Attleboro, MA 02703<br>(508) 222-2332 |
| Dated: October 22, 2004 | Dated: October 21, 2004 |