UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>  Plaintiff,<br><br>v.<br><br>STAMPRETE OF RHODE ISLAND, STAMP CRETE OF RHODE ISLAND, INC. AND STAMPED CONCRETE, INC.<br><br>  Defendant, | C.A. No. 04cv11125 NG |

**PLAINTIFF FUND'S DISCLOSURE STATEMENT**
**PURSUANT TO F.R.C.P. 26 (a)(1)**

Pursuant to Federal Rules of Civil Procedure 26 (a) (1) and Local Rule 26.2 (A), Plaintiff makes the following initial disclosures:

A) Fund Manager Charles Langone and Fund Employer Marcelle Cunningham are likely to have information relevant to the amount of contributions owed by Defendants, governing Fund documents, and the policies and procedures of the Fund Trustees.  The business address and phone number of these individuals are 535 Boylston Street, Boston, MA 02116-3770, (617) 266-8900.  Joseph Bairos, Vice President of Local Teamsters Union 251 is likely to have information regarding the collective bargaining and participation agreements signed by C. Pezza & Son, Inc. as well as Stamprete of Rhode Island.  His business address is 121 Brightridge Ave., E. Providence, RI, 02914,  (401) 434-0454

B) The relevant documents, all of which have been sent to Defendants counsel, are as follows:

- *Judgment in Langone v. C. Pezza & Sons, Inc.* C.A. No. 02cv11815 (D.C. Mass. 2002)
- Request for Participation for Stamprete of RI, Inc. dated 5/28/02
- Employer Statement of Ownership for Stamprete of RI, Inc.. dated 5/28/02
- Trust Agreement and Participation Agreeement of Stamprete of RI, Inc.
- Rhode Island Heavy Highway Construction Agreement 2000-2003 for Stamprete of RI, Inc.
- Rhode Island Heavy Highway Construction Agreement 2000-2003 for C. Pezza of RI, Inc.
- Letter from Attorney Tom Plunkett dated October 21, 2003 with attached Remittance reports of C. Pezza and Sons, Inc. from February 2002 to September 2002
- Remittance reports of Stamprete from October 2003 to June 2004
- Audit of C. Pezza and Sons, Inc. No. 5025
- Audit of C. Pezza and Sons, Inc. No. 5024
- Note from Fund Contracts Department undated relating to Stamprete.

C) A computation of damages known to date by the Fund is as follows:

| | |
|---|---|
| Judgment | $54,862.42 |
| Interest @ 1.51% on unpaid judgment from 11/92 | $ 1,656.85 |
| Attorney's fees and costs | $ 6,630.81 |

Dated: October 27, 2004

Respectfully submitted,
For the Plaintiff,
CHARLES LANGONE, FUND MANAGER,
By his Attorney,

/s/Catherine M. Campbell
Catherine M. Campbell
BBO #549397
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA   02109
(617) 338-1976

Certificate of Service

      I, Catherine M. Campbell, hereby certify that I caused a copy of the foregoing to be mailed this day by U.S. first-class mail to Bruce E. Thompson, Casey and Thompson, PC, 8 North Main Street, Suite 204, Attleboro, MA 02703.

                                                    /s/Catherine M. Campbell

Date: October 27, 2004                 Catherine M. Campbell