UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND,<br><br>        Plaintiff,<br>v.<br><br>STAMPRETE OF RHODE ISLAND, STAMP CRETE OF RHODE ISLAND, INC., and STAMPED CONCRETE, INC.,<br><br>        Defendants. | CIVIL ACTION<br>NO. 04-11125 NG |

# **SCHEDULING ORDER**

Following the initial scheduling conference held today in accordance with Fed. R. Civ. P. 16(b) and Local Rule 16.1, it is hereby ORDERED as follows:

    A.    **Fact Discovery**:  All fact discovery shall be completed by **April 29, 2005**.

    B.    **Dispositive Motions**: Any dispositive motions shall be filed by **June 15, 2005**.

    C.    A status conference is scheduled for **Thursday, April 28, 2005, at 2:30 P.M.** At that time the parties shall be prepared to discuss:

        1.    the status of the case;
        2.    scheduling for the remainder of the case through trial;
        3.    the use of Alternative Dispute Resolution ("ADR"); and
        4.    consent to trial before the magistrate judge.

    D.    The parties shall submit a brief joint statement no later than five (5) days before the status conference addressing the issues itemized in paragraph C above. With

respect to items C(3) and C(4), the parties shall indicate whether an agreement has been reached, but are not obligated to identify their respective positions.

|  |  |
|---|---|
|  | / s / Judith Gail Dein |
|  | Judith Gail Dein |
| DATED: November 2, 2004 | United States Magistrate Judge |