UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>STAMPRETE OF RHODE ISLAND, STAMP CRETE OF RHODE ISLAND, INC. AND STAMPED CONCRETE, INC.<br><br>Defendant, | C.A. No. 04cv11125 NG |

## MOTION TO EXTEND THE DEADLINE FOR DISCOVERY

NOW COMES the Plaintiff in the above named matter and request an extension of the discovery deadline from June 29, 2005 to July 15, 2005. The extension is requested because the deposition of Michael Pezza was canceled due to Counsel Bruce Thompson's illness and because the discovery requested by Plaintiff was not made available prior to the deposition as was promised. The extension is necessary in order to allow Plaintiff to complete his discovery in light of this delay.

Respectfully submitted,

For the Plaintiff,
CHARLES LANGONE, FUND MANAGER,
By his Attorney,

/S/ Catherine M. Campbell
Catherine M. Campbell
BBO #549397
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA   02109
(617) 338-1976

<u>Certificate of Service</u>

      I, Catherine M. Campbell, do hereby certify that on this date, I served the foregoing by first-class mail upon Bruce E. Thompson, Esq., Casey & Thompson, P.C., 8 North Main Street, Attleboro, MA 02703.

                                                        <u>/S/ Catherine M. Campbell</u>
                                                        Catherine M. Campbell

Date: June 29, 2005