UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER ) <br> of the NEW ENGLAND TEAMSTERS AND ) <br> TRUCKING INDUSTRY PENSION FUND, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> STAMPRETE OF RHODE ISLAND, ) <br> STAMP CRETE OF RHODE ISLAND, INC., ) <br> and STAMPED CONCRETE, INC., ) <br> ) <br> Defendants. ) | CIVIL ACTION <br> NO. 04-11125 NG |

## **SCHEDULING ORDER**

Following a status conference held today in accordance with Fed. R. Civ. P. 16(a) and Local Rule 16.1, it is hereby ORDERED as follows:

A. **Fact Discovery**: Defendants shall respond to all outstanding interrogatories and document requests by **July 15, 2005**. All fact discovery shall be completed by **August 5, 2005**.

B. **Dispositive Motions**: Any dispositive motions shall be filed by **September 30, 2005**.

C. A status conference is scheduled for **Wednesday, September 7, 2005, at 3:00 P.M.** At that time the parties shall be prepared to discuss:

    1. the status of the case;
    2. scheduling for the remainder of the case through trial;
    3. the use of Alternative Dispute Resolution ("ADR"); and
    4. consent to trial before the magistrate judge.

D.      The parties shall submit a brief joint statement no later than five (5) days before the status conference addressing the issues itemized in paragraph C above. With respect to items C(3) and C(4), the parties shall indicate whether an agreement has been reached, but are not obligated to identify their respective positions.

|  |  |
|---|---|
| DATED: June 30, 2005 | ___/ s / Judith Gail Dein_____<br>Judith Gail Dein<br>United States Magistrate Judge |