UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>    Plaintiff,<br><br>v.<br><br>STAMPRETE OF RHODE ISLAND, STAMP CRETE OF RHODE ISLAND, INC. AND STAMPED CONCRETE, INC.<br><br>    Defendants, | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 04cv11125 NG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS PURSUANT TO F.R.C.P. 37(a)**

      Pursuant to Federal Rule of Civil Procedure 37(a), the Plaintiff respectfully moves that this Court order the defendants to respond to the First and Second Sets of Interrogatories and First and Requests for Production of Documents Propounded by the Plaintiff. Attorney for Plaintiff certifies that she has in good faith conferred with Defendant in an attempt to secure disclosure without court action.

Date: July 22, 2005            Respectfully submitted,

                                           For the Plaintiff,
                                           CHARLES LANGONE, FUND MANAGER
                                           By his Attorney,

                                           <u>/s/ Catherine M. Campbell</u>
                                           Catherine M. Campbell, BBO #549397
                                           Feinberg, Campbell & Zack, P.C.
                                           177 Milk Street
                                           Boston, MA 02109
                                           (617) 338-1976

Certificate of Service

      I, Catherine M. Campbell, do hereby certify that on this date, I served the foregoing by first-class mail upon Bruce E. Thompson, Esq., Casey & Thompson, P.C., 8 North Main Street, Attleboro, MA 02703.

                                            /S/ Catherine M. Campbell
                                            Catherine M. Campbell

Date: July 22, 2005