UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>STAMPRETE OF RHODE ISLAND, STAMP CRETE OF RHODE ISLAND, INC. AND STAMPED CONCRETE, INC.<br><br>Defendants, | )<br>)<br>)<br>)<br>)<br>) C.A. No. 04cv11125 NG<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon application by the Plaintiff pursuant to F.R.C.P. 37(a) to compel Defendants to respond to the First and Second Set of Interrogatories and Requests for Production of Documents Propounded by the Plaintiff, and proper notice having been given to all parties in interest,

IT IS HEREBY ORDERED THAT the Defendants be compelled to provide all responses within seven (7) days of this order and reimburse Plaintiff for costs and fees incurred in preparing the motion to compel.

Dated: _____    _____
　　　　　　　　　　　　　　　　　　The Honorable Judith G. Dein
　　　　　　　　　　　　　　　　　　Magistrate Judge, United States District Court
　　　　　　　　　　　　　　　　　　for the District of Massachusetts