UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER )<br>of the NEW ENGLAND TEAMSTERS AND )<br>TRUCKING INDUSTRY PENSION FUND, )<br>)<br>　　　　　　Plaintiff, )<br>　　v. )<br>)<br>STAMPRETE OF RHODE ISLAND, )<br>STAMP CRETE OF RHODE ISLAND, INC., )<br>and STAMPED CONCRETE, INC., )<br>)<br>　　　　　　Defendants. ) | CIVIL ACTION<br>NO. 04-11125 NG |

## **SCHEDULING ORDER**

Following a status conference held today in accordance with Fed. R. Civ. P. 16(a), it is hereby ORDERED that any motions for summary judgment shall be filed with the court by **October 28, 2005.**

The parties shall notify the court if they consent to have this matter tried by the Magistrate Judge.

　　　　　　　　　　　　　　　　　　　　　/ s / Judith Gail Dein
　　　　　　　　　　　　　　　　　　　　Judith Gail Dein
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Dated: September 7, 2005