# FEINBERG, CAMPBELL & ZACK, P.C.
### Attorneys at Law

177 Milk Street, Suite 300 • Boston, Massachusetts 02109
617-338-1976
Fax 617-338-7070   Toll Free 800-338-6004

MICHAEL A. FEINBERG
maf@fczlaw.com
CATHERINE M. CAMPBELL
cmc@fczlaw.com
Also admitted in California
ARTHUR G. ZACK
agz@fczlaw.com

JONATHAN M. CONTI
jmc@fczlaw.com
Also admitted in Connecticut
and Wisconsin

September 8, 2005

**Via Fax: (508) 226-3632 and Mail**

Bruce E. Thompson
Casey and Thompson, PC
8 North Main Street, Suite 204
Attleboro, MA 02703

Re:   Charles Langone, Fund Manager v. Stamprete of Rhode Island, et al
      C.A. No.: 04cv11125 NG

Dear Bruce:

This letter is to confirm that the deposition of Michael Pezza will take place on September 22, 2005 at 9:00 at your office. At that time, you will also provide further responses and documents to Questions No.4, 6, 7, 8 and 9 in the second set of Plaintiff's Interrogatories and Request for Production of Documents to Defendants Stamprete of Rhode Island, Stamp Crete of Rhode Island, Inc., and Stamped Concrete, Inc.

Thank you.

Very truly yours,

Catherine M. Campbell

CMC:nd
TEAMSTER\New England Teamsters\C. Pezza\2004 Action\2004 letters\Thompson 9.8.05.doc