# FEINBERG, CAMPBELL & ZACK, P.C.

Attorneys at Law

177 Milk Street, Suite 300 • Boston, Massachusetts 02109

617-338-1976

Fax 617-338-7070   Toll Free 800-338-6004

MICHAEL A. FEINBERG
maf@fczlaw.com
CATHERINE M. CAMPBELL
cmc@fczlaw.com
Also admitted in California
ARTHUR G. ZACK
agz@fczlaw.com

JONATHAN M. CONTI
jmc@fczlaw.com
Also admitted in Connecticut
and Wisconsin

September 21, 2005

Bruce E. Thompson
Casey and Thompson, PC
8 North Main Street, Suite 204
Attleboro, MA 02703

Re:   Charles Langone, Fund Manager v. Stampcrete of Rhode Island, et al
C.A. No.: 04cv11125 NG

Dear Bruce:

I requested additional documents in preparation for the deposition on Thursday as stated in my letter of September 8, 2005 (attached). To date, I have not received them.

As a result, I will go forward with the deposition as planned but will suspend the deposition to be continued when I have had a chance to review the documents. You should warn your client that he will most likely be called for another deposition within the next 14 days.

As I am looking at a motion for summary judgment deadline, I am requesting the documents be produced no later than Monday September 26, 2005.

Thank you.

Very truly yours,

Catherine M. Campbell

CMC:nd
Enclosure
TEAMSTER\New England Teamsters\C. Pezza\2004 Action\2004 letters\Thompson 9.21.05.doc