UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES LANGONE, as FUND MANAGER )
of the NEW ENGLAND TEAMSTERS AND )
TRUCKING INDUSTRY PENSION FUND )
)
)
      Plaintiff, )
)    C.A. No. 04cv11125 NG
v. )
)
STAMPRETE OF RHODE ISLAND, STAMP )
CRETE OF RHODE ISLAND, INC. )
AND STAMPED CONCRETE, INC. )
)
      Defendant, )
_____)

## MOTION TO EXTEND THE TIME FOR FILING SUMMARY JUDGMENT MOTIONS

NOW COME the parties in the above named matter and request an extension of the time for filing summary judgment motions from February 28, 2006 to March 28, 2006. The extension is required in order for the Defendant to provide supplemental discovery to the Plaintiff as previously ordered by this court. Defendant has agreed to provide the requested items as soon as it is available from his client. Plaintiff states that additional time is necessary so that it can review the outstanding items and incorporate them into a summary judgment motion.

| For the Plaintiff, | For the Defendants, |
|---|---|
| CHARLES LANGONE, as FUND MANAGER Of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND, | STAMPRETE OF RHODE ISLAND, STAMP CRETE of RHODE ISLAND, INC., and STAMPED CONCRETE, INC. |
| By his Attorney, | By their Attorney, |
| /S/ Renee J. Bushey<br>Renee J. Bushey, BBO # 629444<br>Catherine M. Campbell, BBO #549397<br>Feinberg, Campbell & Zack, P.C.<br>177 Milk Street<br>Boston, MA 02109<br>(617) 338-1976 | /S/ Bruce E. Thompson<br>Bruce E. Thompson, Esq.<br>Casey and Thompson, PC<br>8 North Main Street, Suite 204<br>Attleboro, MA 02703<br>(508) 222-2332 |
| Dated: February 13, 2006 | Dated: February 13, 2006 |