UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>　　　　Plaintiff,<br><br>v.<br><br>STAMPRETE OF RHODE ISLAND, STAMP CRETE OF RHODE ISLAND, INC. AND STAMPED CONCRETE, INC.<br><br>　　　　Defendant, | C.A. No. 04cv11125 NG |

**PLAINTIFF'S MOTION FOR SANCTIONS**

On November 1, 2005, this Court entered an Order granting the Plaintiff's Motion to Compel further discovery in this matter. Despite several attempts by Plaintiff to obtain the discovery, Defendant has refused to comply with the Court's Order. Wherefore, Plaintiff moves the Court for sanctions against Defendant pursuant to Fed. R. Civ. P. 37(b)(2). Plaintiff seeks an Order preventing the Defendant from introducing any evidence on the matters which it refused to allow discovery and ordering Defendant to pay Plaintiff's reasonable costs and fees associated with the compelling the information. Attorney for Plaintiff certifies that she has in good faith attempted to secure disclosure without further Court action. Plaintiff offers the attached Memorandum in Support of its Motion for Sanctions.

Respectfully submitted,

For the Plaintiff,
CHARLES LANGONE, FUND MANAGER,
By his Attorney,

/S/ Catherine M. Campbell
Catherine M. Campbell
BBO #549397
Renee J. Bushey
BBO #629444
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976

Certificate of Service

    I, Catherine M. Campbell, do hereby certify that on this date, I served the foregoing by first-class mail upon Bruce E. Thompson, Esq., Casey & Thompson, P.C., 8 North Main Street, Attleboro, MA 02703.

/S/ Catherine M. Campbell
Catherine M. Campbell

Date: March 14, 2006