UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER ) <br> of the NEW ENGLAND TEAMSTERS AND ) <br> TRUCKING INDUSTRY PENSION FUND ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STAMPRETE OF RHODE ISLAND, STAMP ) <br> CRETE OF RHODE ISLAND, INC. ) <br> AND STAMPED CONCRETE, INC. ) <br> ) <br> Defendant, ) <br> _____) | C.A. No. 04cv11125 NG |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, Charles Langone, moves for summary judgment pursuant to Federal Rule of Civil Procedure 56 and the accompanying Statement of Undisputed Facts and Memorandum of Law. The undersigned certifies that she has conferred with counsel for Defendant and has attempted in good faith to resolve or narrow the issues.

Dated: March 27, 2006              Respectfully submitted,

                                   For the Plaintiff,
                                   CHARLES LANGONE, FUND MANAGER,
                                   By his Attorney,

                                   /S/ Renee J. Bushey
                                   Renee J. Bushey
                                   BBO #629444
                                   Catherine M. Campbell
                                   BBO #549397
                                   Feinberg, Campbell & Zack, P.C.
                                   177 Milk Street
                                   Boston, MA 02109
                                   (617) 338-1976

<u>Certificate of Service</u>

    I, Renee J. Bushey, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Eletronic (NEF).

Dated: March 27, 2006                        /S/ Renee J. Bushey
                                                              Renee J. Bushey