```
           UNITED STATES DISTRICT COURT
            DISTRICT OF MASSACHUSETTS

                    C.A. NO. 04CV11125NG


  CHARLES LANGONE, AS FUND MANAGER OF THE NEW
  ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION
  FUND,
                       Plaintiff
  vs.

  STAMPRETE OF RHODE ISLAND, STAMP CRETE OF RHODE
  ISLAND, INC., AND STAMPED CONCRETE, INC.,
                       Defendants

       DEPOSITION OF MICHAEL T. PEZZA, taken

  pursuant to Notice under the applicable

  provisions of the Federal Rules of Civil

  Procedure, on behalf of the Plaintiff, before

  Alice M.S. DesVergnes, R.P.R., a Notary Public

  in and for the Commonwealth of Massachusetts,

  at the office of Casey and Thompson, P.C.,

  Eight North Main Street, Suite 204, Attleboro,

  MA  02703, commencing on Wednesday, September

  22, 2005, at 9:00 a.m.

          NEAL A. SALLOWAY - COURT REPORTERS
                  FIVE CARDIGAN ROAD
                WEST PEABODY, MA  01960
   (781) 581-3993  (978) 535-0313  FAX  (978) 535-0142
```

- 3

APPEARANCES:

                CATHERINE M. CAMPBELL, ESQ.
                FEINBERG, CAMPBELL & ZACK, P.C.
                177 MILK STREET
                BOSTON, MA  02109
                  Counsel for the Plaintiff

                PETER V. TEKIPPE, ESQ.
                CASEY AND THOMPSON, P.C.
                8 NORTH MAIN STREET, SUITE 204
                ATTLEBORO, MA  02703
                  Counsel for the Defendants

           NEAL A. SALLOWAY - COURT REPORTERS
                  FIVE CARDIGAN ROAD
                WEST PEABODY, MA  01960
   (781) 581-3993  (978) 535-0313  FAX  (978) 535-0142

- 4

```
 1              I N D E X
 2
 3  DEPONENT                     DIRECT
 4  MICHAEL T. PEZZA
 5     By Ms. Campbell         4
 6
 7             E X H I B I T S
 8  EXHIBIT NO.    DESCRIPTION      PAGE NO.
 9
10    1     3 Annual Reports for Materials   15
11          Equipment Corp.
12    2     2003 Annual Report for Granite   19
13          Asphalt Corp.
14    3     7-pgs. Annual Reports of Stamp   27
15          Crete of Rhode Island, Inc.
16    3     3-pg. Annual Reports for         39
17          Stamped-Concrete
18    5     Responses to Plaintiff's         64
19          Interrogatories
20    6     2-pgs. Copies of checks from     86
21          LCP Corp.
22
23
```

```
 1              S T I P U L A T I O N S
 2              It is hereby stipulated and
 3  agreed by and between counsel for the
 4  respective parties that all objections, except
 5  as to form, are reserved until the time of
 6  trial, including motions to strike.
 7              It is further stipulated and
 8  agreed that the reading and signing of the
 9  deposition are waived.
10              MICHAEL T. PEZZA, having duly
11  affirmed that his testimony will be the truth,
12  the whole truth, and nothing but the truth and
13  having produced his Massachusetts driver's
14  license for identification purposes, testified
15  as follows in answer to direct interrogatories
16  by Ms. Campbell:
17  Q  Mr. Pezza, my ma'am is Catherine Campbell and I
18     represent the New England Teamsters and
19     Trucking Industry Pension Fund. Have you ever
20     had your deposition taken before?
21  A  No.
22  Q  I'm going to ask you a series of questions and
23     just a couple of ground rules. Let me finish
```

1  the question before you answer because it's
2  easier for the court reporter, and if there's
3  any question that you don't understand, let me
4  know and I'll rephrase it as best I can, but if
5  you do answer, I'm going to assume you
6  understand the question, okay?
7      And the last thing is you just need to
8  answer verbally rather than nod or --
9  A  Oh, okay. Sorry. It's all new for me.
10 Q  Make sense?
11 A  Yup.
12 Q  Would you state your name and address?
13 A  Michael Pezza. 10 Leonard Drive, North
14    Smithfield.
15 Q  Where is it?
16 A  North Smithfield.
17 Q  North Smithfield. Okay.
18 A  My own address is Harrisville. We don't have a
19    post office.
20 Q  So do you have a P.O. box for a mailing
21    address?
22 A  No, instead of North Smithfield it's
23    Harrisville. And it goes to Harrisville Post

1  Office and they deliver it from there, but the
2  property is in North Smithfield.
3  Q  So if the address was -- the letter was sent to
4     you --
5  A  Harrisville.
6  Q  Harrisville. All right. And your Social
7     Security Number?
8  A  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, but I have to check on that with
9     my license. I don't know it off the top of my
10    head.
11 Q  It's on your license?
12 A  It's on my license.
13 Q  Okay. Tell me again. 028-37-
14 A  1586.
15 Q  1586. Are you married?
16 A  Yes.
17 Q  Your spouse's name?
18 A  Lynn.
19 Q  Any children?
20 A  Two girls.
21 Q  Minors?
22 A  Three and a year and a half.
23 Q  Very minor. Can you just give me a brief

Vol. 1 - 7

1  synopsis of your education, sort of when you
2  graduated from high school?
3  A  I graduated from Cranston West Vocational, '86.
4     And that was as far as I went.
5  Q  Do you have any particular licenses, building
6     license?
7  A  I'm in the operating engineers which is Local
8     57.
9  Q  So have you been through an apprentice program?
10 A  Yup.
11 Q  Can you give me your employment history, and
12    I'll give you a choice. You can either start
13    with the earliest and go forward or go
14    backwards.
15 A  Well, I worked for my father like pretty much
16    until about a year ago then I went to work for
17    Fleet Construction.
18 Q  Really. I know Fleet Construction. All right.
19    So right from high school you began working for
20    your father?
21 A  Yup.
22 Q  All right. What was the first job that you
23    had? What was the name of the company and what

Vol. 1 - 8

1     did you do there?
2  A  C. Pezza and Son.
3  Q  Yup.
4  A  And I was an operator.
5  Q  What did you operate?
6  A  Heavy equipment, bulldozers, backhoes.
7  Q  Anything?
8  A  Paver.
9  Q  What was your job position at C. Pezza?
10 A  I was just an employee that, you know, I was an
11    employee but I had the same last name so, you
12    know, I kind of was in -- but I was as payroll,
13    I was an employee.
14 Q  Did you have any additional duties since you
15    have the same last name than running the
16    machinery?
17 A  Working a little, making sure we needed money
18    on the job, you know.
19 Q  So you had some supervisory?
20 A  Yeah.
21 Q  And how long did you work for C. Pezza?
22 A  Oh, right through it went out of business.
23 Q  So that would be when?

**Page 42**

1  they were shareholders or not.
2  Q  And right up until 2005, your father's listed
3     as the only officer.
4  A  Right.
5  Q  Is that correct?
6  A  Well, as of now, he is in the process of
7     selling it to me and my wife.
8  Q  In the process?
9  A  Well, yeah, I believe we already did the
10    paperwork.
11 Q  What paperwork was that?
12 A  As far as he was signing stuff over and --
13 Q  Can you just tell me what that means, "to sign
14    stuff over"?
15 A  I guess, he is, he basically wants to retire
16    and get out, so I'm taking the business, I'm
17    doing the physical part of it and my wife's
18    doing the paperwork part of it. I don't have a
19    date on when we did the paperwork. I know we
20    did it a couple months ago.
21 Q  And can you give me the details of the sale,
22    you did some paperwork?
23 A  Yes.

**Page 43**

1  Q  How about officers, do you know who --
2  A  I don't think there is any.
3  Q  There are no officers?
4  A  There's just me and her.
5  Q  Well, you could be officers.
6  A  Okay, I could be an officer.
7  Q  But you don't know if you are?
8  A  It's not my department. Not my department.
9     Basically, I guess, you sign this paperwork,
10    vice-president and president, and now an
11    officer is --
12 Q  One of those, vice-president, president,
13    secretary and treasurer; those are the four
14    choices.
15 A  Okay. Okay. So I guess between me and my wife
16    we would be split up between those four?
17 Q  Is that -- I don't know.
18 A  I don't know either.
19 Q  You would have to tell me.
20 A  I don't know that. If you want, I could have
21    brought my wife with me and she could have
22    answered all them. I didn't know.
23 Q  Now, according to the Secretary of State, this

**Page 44**

1     company was started in 2003.
2  A  Okay.
3  Q  And is the business that Stamped-Concrete is
4     doing any different than the business that
5     Stamped Crete of Rhode Island -- Stamp Crete of
6     Rhode Island was doing?
7  A  No.
8  Q  Same thing?
9  A  Same.
10 Q  Basically?
11 A  Yeah. It's like sand and stone. They deliver
12    sand and stone, so it's the same thing.
13    Stamping concrete, you stamp concrete.
14 Q  Were the customers for Stamp Crete of Rhode
15    Island the same customers?
16 A  We do home owners, so you're always have a new
17    homeowner. You never deal with a contractor or
18    anything like that, no.
19 Q  So it's a short-term --
20 A  Yes. Three days, four days, in and out.
21 Q  And were you -- have you received any money
22    from Stamped-Concrete?
23 A  Payroll.

**Page 44 (right column, continued from earlier)**

1  Q  Did you offer a price for the business?
2  A  There was a price that was set.
3  Q  Do you know what that is?
4  A  No, I don't. I honestly don't.
5  Q  Have you paid it?
6  A  My wife would know that part. I don't do
7     paperwork part. I do the physical part.
8  Q  Did you talk to your father about --
9  A  I went into an office like this. We signed
10    some papers.
11 Q  But you never discussed the purchase price?
12 A  No, no. I don't know what the purchase price
13    is on paper.
14 Q  Is there a purchase price?
15 A  I don't know. I honestly don't know. That's
16    my wife's department. That is not my
17    department.
18 Q  Okay. And do you consider yourself the owner
19    of the company at this point?
20 A  I consider me and my wife the owner of the
21    company.
22 Q  Both of you?
23 A  Yup.



# STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
*Office of the Secretary of State*

**Matthew A. Brown**
*Secretary of State*

Date: **July 12, 2005**

***Stamp Crete of Rhode Island, Inc.***
*(Annual Reports 2000-2004 - 6 pages)*

*A TRUE COPY WITNESSED UNDER THE SEAL OF THE
STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS*

*Matthew Brown*
Secretary of State

By *Kelly E. Carullo*





EXHIBIT
#3
9/22/05 AD



**STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS**
Office of the Secretary of State
Matthew A. Brown, Secretary of State

Corporations Division
100 North Main Street
Providence, RI 02903-1335
401.222.3040

# PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR 2004

Filing Period: January 1 - March 1   •   Filing Fee: $50.00
(FORM MUST BE TYPED OR PRINTED IN BLACK)

| 1. Corporate ID No. | 2. Name of Corporation | | | |
|---|---|---|---|---|
| 108143 | Stamp Crete of Rhode Island, Inc. | | | |

| 3. Street Address Principal Business Office | City | State | Zip |
|---|---|---|---|
| 100 Irons Avenue | Johnston | RI | 02919 |

| 4. Business Phone No. | 5. State of Incorporation | 6. SIC Code |
|---|---|---|
| (401) 231-6014 | RHODE ISLAND | 0 |

7. Brief Description of the Character of Business Conducted in Rhode Island
TO PURCHASE CEMENT AND PROCESS IT SO AS TO MAKE CONCRETE; EXCAVATE AREAS WHERE CONCRETE IS TO BE BE POURED, SELLING AND OTHERWISE DEALING WITH CONCRETE AND RELATED SUBSTANCES.

8. NAMES AND ADDRESSES OF THE OFFICERS: ("X" BOX FOR ATTACHMENT) ☐ FILL IN SPACES BEFORE USING ATTACHMENTS

| President Name | Vice President Name |
|---|---|
| Leonard A. Pezza | Leonard A. Pezza |
| Street Address | Street Address |
| 100 Irons Avenue | 100 Irons Avenue |
| City: Johnston  State: RI  Zip: 02919 | City: Johnston  State: RI  Zip: 02919 |
| Secretary Name | Treasurer Name |
| Leonard A. Pezza | Leonard A. Pezza |
| Street Address | Street Address |
| 100 Irons Avenue | 100 Irons Avenue |
| City: Johnston  State: RI  Zip: 02919 | City: Johnston  State: RI  Zip: 02919 |

9. NAMES AND ADDRESSES OF THE DIRECTORS: ("X" BOX FOR ATTACHMENT) ☐ FILL IN SPACES BEFORE USING ATTACHMENTS

(blank)

10. SHARES AUTHORIZED ("X" BOX FOR ATTACHMENT) ☐       11. SHARES ISSUED ("X" BOX FOR ATTACHMENT) ☐

| AUTHORIZED SHARES | | | ISSUED SHARES | | |
|---|---|---|---|---|---|
| Number of Shares | Class/Series | Par Value | Number of Shares | Class/Series | Par Value |
| 600 COMM NO PAR VALUE | | | 420 | Common | No par value |

This report must be **signed in ink** by either the President, Vice President, Secretary, Assistant Secretary, Treasurer, Receiver or Trustee

File Date: 3/12/04
Check No.: 003006
By: (signature)
FOR SECRETARY OF STATE USE ONLY

*108143*

Under penalty of perjury, I declare and affirm that I have examined this report, including any accompanying schedules and statements, and that all statements contained herein are true and correct.

Signature of Officer: (signed)   Date: 1-7-04
Print or Type Name of Officer: Leonard A. Pezza
Title of Officer: President

Form 630 Rev. 12/03



STATE OF RHODE ISLAND
AND PROVIDENCE PLANTATIONS
Office of the Secretary of State

Matthew A. Brown, Secretary of State
Corporations Division
100 North Main Street, Providence, RI 02903-1335
401.222.3040

# AMENDED
## PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR 2003

Filing Period: January 1 - March 1  •  Filing Fee: $50.00
(FORM MUST BE TYPED IN BLACK)

| 1. Corporate ID No. | 2. Name of Corporation |
|---|---|
| *108143* | Stamp Crete of Rhode Island, Inc. |

| 3. Street Address Principal Business Office | City | State | Zip |
|---|---|---|---|
| 100 IRONS AVENUE | JOHNSTON | RI | 02919- |

| 4. Business Phone No. | 5. State of Incorporation | 6. SIC Code |
|---|---|---|
| 4012316014 | RHODE ISLAND | 0 |

**7. Brief Description of the Character of Business Conducted in Rhode Island**
TO PURCHASE CEMENT AND PROCESS IT SO AS TO MAKE CONCRETE; EXCAVATE AREAS WHERE CONCRETE IS TO BE POURED, SELLING AND OTHERWISE DEALING WITH CONCRETE AND RELATED SUBSTANCES.

**8. NAMES AND ADDRESSES OF THE OFFICERS ("X" BOX FOR ATTACHMENT) ☐ FILL IN SPACES BEFORE USING ATTACHMENTS**

| President Name | | | | Vice President Name | | | |
|---|---|---|---|---|---|---|---|
| LEONARD A. PEZZA | | | | LEONARD A. PEZZA | | | |
| Street Address | | | | Street Address | | | |
| 100 IRONS AVENUE | | | | 100 IRONS AVENUE | | | |
| City | State | Zip | | City | State | Zip | |
| JOHNSTON | RI | 02919 | | JOHNSTON | RI | 02919 | |
| Secretary Name | | | | Treasurer Name | | | |
| LEONARD A. PEZZA | | | | LEONARD A. PEZZA | | | |
| Street Address | | | | Street Address | | | |
| 100 IRONS AVENUE | | | | 100 IRONS AVENUE | | | |
| City | State | Zip | | City | State | Zip | |
| JOHNSTON | RI | 02919 | | JOHNSTON | RI | 02919 | |

**9. NAMES AND ADDRESSES OF THE DIRECTORS ("X" BOX FOR ATTACHMENT) ☐ FILL IN SPACES BEFORE USING ATTACHMENTS**

| Director Name | | | Director Name | | |
|---|---|---|---|---|---|
| | | | | | |
| Street Address | | | Street Address | | |
| | | | | | |
| City | State | Zip | City | State | Zip |
| | | | | | |
| Director Name | | | Director Name | | |
| | | | | | |
| Street Address | | | Street Address | | |
| | | | | | |
| City | State | Zip | City | State | Zip |

**10. SHARES AUTHORIZED ("X" BOX FOR ATTACHMENT) ☐**    **11. SHARES ISSUED ("X" BOX FOR ATTACHMENT) ☐**

| AUTHORIZED SHARES | | | ISSUED SHARES | | |
|---|---|---|---|---|---|
| Number of Shares | Class/Series | Par Value | Number of Shares | Class/Series | Par Value |
| 600 COMM NO PAR VALUE | | | 420 | COMMON | NO PAR VALUE |

This report must be signed in ink by either the President, Vice President, Secretary, Assistant Secretary, Treasurer, Receiver or Trustee

*108143*

FILED
APR 28 2003
by JMF

**108143* 4/21/03 2:56:34 PM*
File Date _____
Check No. _____
By _____
FOR SECRETARY OF STATE USE ONLY

Under penalty of perjury, I declare and affirm that I have examined this report, including any accompanying schedules and statements, and that all statements contained herein are true and correct.

_(signature)_  4-24-03
Signature of Officer    Date
LEONARD A. PEZZA
Print or Type Name of Officer
PRESIDENT
Title of Officer

Form 630 12/01

STATE OF RHODE ISLAND
AND PROVIDENCE PLANTATIONS
Office of the Secretary of State

Corporations Division
100 North Main Street, Providence, RI 02903-1335
401-222-3040

# PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR 2003

Filing Period: January 1–March 1 • Filing Fee: $50.00

(FORM MUST BE TYPED OR PRINTED IN BLACK)

1. Corporate ID No.: 108143
2. Name of Corporation: Stamp Crete of Rhode Island, Inc.
3. Street Address Principal Business Office: 100 Irons Avenue
   City: Johnston  State: RI  Zip: 02919
4. Business Phone No.: 401-231-7033
5. State of Incorporation: RHODE ISLAND
6. SIC Code: 0
7. Brief Description of the Character of Business Conducted in Rhode Island:
   To purchase & process concrete for stamping of designs

8. NAMES AND ADDRESSES OF THE OFFICERS ("X" BOX FOR ATTACHMENT)   FILL IN SPACES BEFORE USING ATTACHMENTS

President Name: Michael T. Pezza
Street Address: 10 Leonard Drive
City: Harrisville  State: RI  Zip: 02830

Vice President Name: Robert A. Pezza
Street Address: 19 Factory Pond Circle
City: Smithfield  State: RI  Zip: 02828

Secretary Name: Cynthia M. Mansolillo
Street Address: 51 Summit Drive
City: Cranston,  State: RI  Zip: 02920

Treasurer Name: Cheryl A. Greco
Street Address: 110 Westonia Lane
City: Warwick,  State: RI  Zip: 02889

9. NAMES AND ADDRESSES OF THE DIRECTORS ("X" BOX FOR ATTACHMENT)   FILL IN SPACES BEFORE USING ATTACHMENTS

Director Name: None

10. SHARES AUTHORIZED ("X" BOX FOR ATTACHMENT)
AUTHORIZED SHARES
Number of Shares: 600   Class/Series: COMM   Par Value: NO PAR VALUE

11. SHARES ISSUED ("X" BOX FOR ATTACHMENT)
ISSUED SHARES
Number of Shares: 420   Class/Series: Common   Par Value: No Par

This report must be **signed in ink** by either the President, Vice President, Secretary, Assistant Secretary, Treasurer, Receiver or Trustee




*108143*

File Date: 1-17-03
Check No.: 80
By: UP

FOR SECRETARY OF STATE USE ONLY

Under penalty of perjury, I declare and affirm that I have examined this report, including any accompanying schedules and statements, and that all statements contained herein are true and correct.

Signature of Officer: Michael Pezza     Date: 1-9-03
Print or Type Name of Officer: Michael T. Pezza
Title of Officer: President



5

Form 630  12/02

STATE OF RHODE ISLAND
AND PROVIDENCE PLANTATIONS
Office of the Secretary of State

Edward S. Inman, III, Secretary of State
Corporations Division
100 North Main Street, Providence, RI 02903-1335
401-222-3040

# PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR 2002

Filing Period: January 1–March 1  •  Filing Fee: $50.00

(FORM MUST BE TYPED IN BLACK)

1. Corporate ID No.: 108143
2. Name of Corporation: Stamp Crete of Rhode Island, Inc.
3. Street Address Principal Business Office: 100 Irons Avenue
   City: Johnston   State: RI   Zip: 02919
4. Business Phone No.: (401)231-6014
5. State of Incorporation: RHODE ISLAND
6. SIC Code: 0
7. Brief Description of the Character of Business Conducted in Rhode Island: To purchase and process concrete for stamping of designs.

8. NAMES AND ADDRESSES OF THE OFFICERS ("X" BOX FOR ATTACHMENT)   FILL IN SPACES BEFORE USING ATTACHMENTS

President Name: Michael T. Pezza
Street Address: 10 Leonard Drive
City: Harrisville   State: RI   Zip: 02830

Vice President Name: Robert A. Pezza
Street Address: 19 Factory Pond Circle
City: Smithfield   State: RI   Zip: 02828

Secretary Name: Cynthia M. Mansolillo
Street Address: 51 Summit Drive
City: Cranston   State: RI   Zip: 02920

Treasurer Name: Cheryl A. Greco
Street Address: 110 Westonia Lane
City: Warwick,   State: RI   Zip: 02889

9. NAMES AND ADDRESSES OF THE DIRECTORS ("X" BOX FOR ATTACHMENT)   FILL IN SPACES BEFORE USING ATTACHMENTS

Director Name: None

10. SHARES AUTHORIZED ("X" BOX FOR ATTACHMENT)
AUTHORIZED SHARES
Number of Shares: 600   Class/Series: COMM   Par Value: NO PAR VALUE

11. SHARES ISSUED ("X" BOX FOR ATTACHMENT)
ISSUED SHARES
Number of Shares: 420   Class/Series: Common   Par Value: No par

This report must be **signed in ink** by either the President, Vice President, Secretary, Assistant Secretary, Treasurer, Receiver or Trustee



* 1 0 8 1 4 3 *

File Date: 1-3-02
Check No.: 1257
By: [signature]
FOR SECRETARY OF STATE USE ONLY

Under penalty of perjury, I declare and affirm that I have examined this report, including any accompanying schedules and statements, and that all statements contained herein are true and correct.

Signature of Officer: /s/ Cheryl A. Greco   Date: 1-02-02
Print or Type Name of Officer: Cheryl A. Greco
Title of Officer: Treasurer

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
Office of the Secretary of State
Corporations Division
100 North Main Street, Providence, RI 02903-1335
401-222-3040

# PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR 2001

Filing Period: January 1–March 1 • Filing Fee: $50.00

 STOP PLEASE READ INSTRUCTIONS

(FORM MUST BE TYPED IN BLACK)

1. Corporate ID No.: **108143**
2. Name of Corporation: **Stamp Crete of Rhode Island, Inc.**
3. Street Address Principal Business Office: **100 Irons Avenue** — City: **Johnston** — State: **RI** — Zip: **02919**
4. Business Phone No.: **(401)231-6014**
5. State of Incorporation: **RHODE ISLAND**
6. SIC Code: **0**
7. Brief Description of the Character of Business Conducted in Rhode Island: **To purchase & process concrete for stamping of designs**

### 8. NAMES AND ADDRESSES OF THE OFFICERS ("X" BOX FOR ATTACHMENT) FILL IN SPACES BEFORE USING ATTACHMENTS

| | President | Vice President |
|---|---|---|
| Name | Michael T. Pezza | Robert A. Pezza |
| Street Address | 10 Leonard Drive | 19 Factory Pond Circle |
| City | Harrisville | Smithfield |
| State | RI | RI |
| Zip | 02830 | 02828 |

| | Secretary | Treasurer |
|---|---|---|
| Name | Cynthia M. Mansolillo | Cheryl A. Greco |
| Street Address | 51 Summit Drive | 110 Westonia Lane |
| City | Cranston | Warwick |
| State | RI | RI |
| Zip | 02920 | 02889 |

### 9. NAMES AND ADDRESSES OF THE DIRECTORS ("X" BOX FOR ATTACHMENT) FILL IN SPACES BEFORE USING ATTACHMENTS

Director Name: **None**

### 10. SHARES AUTHORIZED ("X" BOX FOR ATTACHMENT)

AUTHORIZED SHARES

| Number of Shares | Class/Series | Par Value |
|---|---|---|
| 600 | COMM | NO PAR VALUE |

### 11. SHARES ISSUED ("X" BOX FOR ATTACHMENT)

ISSUED SHARES

| Number of Shares | Class/Series | Par Value |
|---|---|---|
| 420 | Common | No Par |

This report must be **signed in ink** by either the President, Vice President, Secretary, Assistant Secretary, Treasurer, Receiver or Trustee




*108143*

File Date: 4-6-01
Check No.: 1192
By: _____
FOR SECRETARY OF STATE USE ONLY

Under penalty of perjury, I declare and affirm that I have examined this report, including any accompanying schedules and statements, and that all statements contained herein are true and correct.

Signature of Officer: *Michael T. Pezza*    Date: _____

Print or Type Name of Officer: **Michael T. Pezza**
Title of Officer: **President**

**STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS**
Office of the Secretary of State

James R. Langevin, Secretary of State
Corporations Division
100 North Main Street, Providence, RI 02903-1335
401-222-3040

# PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR 2000

Filing Period: January 1–March 1  •  Filing Fee: $50.00

(FORM MUST BE TYPED IN BLACK)

**1. Corporate ID No.** 108143
**2. Name of Corporation** Stamp Crete of Rhode Island, Inc.
**3. Street Address Principal Business Office:** 100 Irons Avenue   **City:** Johnston   **State:** Rhode Island   **Zip:** 02919
**4. Business Phone No.:** (401) 231-6014
**5. State of Incorporation:** RHODE ISLAND
**6. SIC Code:**
**7. Brief Description of the Character of Business Conducted in Rhode Island:** To purchase & process concrete for stamping of designs

**8. NAMES AND ADDRESSES OF THE OFFICERS** ("X" BOX FOR ATTACHMENT)   FILL IN SPACES BEFORE USING ATTACHMENTS

- President Name: Michael T. Pezza
  - Street Address: 10 Leonard Drive
  - City: Harrisville   State: RI   Zip: 02830
- Vice President Name: Robert A. Pezza
  - Street Address: 19 Factory Pond Circle
  - City: Smithfield   State: RI   Zip: 02828
- Secretary Name: Cynthia M. Mansolillo
  - Street Address: 51 Summit Drive
  - City: Cranston   State: RI   Zip: 02920
- Treasurer Name: Cheryl A. Greco
  - Street Address: 110 Westonia Lane
  - City: Warwick   State: RI   Zip: 02889

**9. NAMES AND ADDRESSES OF THE DIRECTORS** ("X" BOX FOR ATTACHMENT)   FILL IN SPACES BEFORE USING ATTACHMENTS

- Director Name: None

**10. SHARES AUTHORIZED** ("X" BOX FOR ATTACHMENT)

| Number of Shares | Class/Series | Par Value |
|---|---|---|
| 600 | COMM | NO PAR VALUE |

**11. SHARES ISSUED** ("X" BOX FOR ATTACHMENT)

| Number of Shares | Class/Series | Par Value |
|---|---|---|
| 420 | Common | No Par |

This report must be **signed in ink** by either the President, Vice President, Secretary, Assistant Secretary, Treasurer, Receiver or Trustee



File Date: 1/10/00
Check No.: 1018
By: _____
FOR SECRETARY OF STATE USE ONLY

Under penalty of perjury, I declare and affirm that I have examined this report, including any accompanying schedules and statements, and that all statements contained herein are true and correct.

Signature of Officer: Michael T. Pezza, Pers   Date: 1/4/00
Print or Type Name of Officer: Michael T. Pezza


Title of Officer: President