UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER )<br>of the NEW ENGLAND TEAMSTERS AND )<br>TRUCKING INDUSTRY PENSION FUND )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STAMPRETE OF RHODE ISLAND, STAMP )<br>CRETE OF RHODE ISLAND, INC. )<br>AND STAMPED CONCRETE, INC. )<br>)<br>Defendants. )<br>_____) | C.A. No. 04cv11125 NG |

PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT

Pursuant to the Court's June 2, 2006 Order granting Plaintiff's Motion for Summary Judgment, Plaintiff, Charles Langone, respectfully moves for entry of judgment in this matter. A proposed form of judgment in accordance with the Court's Order is attached hereto.

Dated: June 14, 2006

Respectfully submitted,

For the Plaintiff,
CHARLES LANGONE, FUND MANAGER,
By his Attorney,

/S/ Renee J. Bushey
Renee J. Bushey
BBO #629444
Catherine M. Campbell
BBO #549397
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976

<u>Certificate of Service</u>

    I, Renee J. Bushey, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Eletronic (NEF).

Dated: June 14, 2006                  <u>/S/ Renee J. Bushey</u>
                                              Renee J. Bushey