UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>STAMPRETE OF RHODE ISLAND, STAMP CRETE OF RHODE ISLAND, INC. AND STAMPED CONCRETE, INC.<br><br>Defendants. | C.A. No. 04cv11125 NG |

## JUDGMENT

Upon the Court's June 2, 2006 Order granting Plaintiff's Motion for Summary Judgment, it is hereby:

ORDERED, ADJUDGED AND DECREED that Plaintiff will recover from Defendant Stamped Concrete, Inc. the total sum of $82,845.24, which includes the judgment for $54,862.42 entered in C.A.No: 02cv11815 NG on November 27, 2002, interest in the amount of $3,206.19 and attorney's fees and costs in the amount of $24,776.63.

So Ordered.

Chief Judge, U.S. District Court

Dated:_____        _____
                                     Deputy Clerk