UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>STAMPRETE OF RHODE ISLAND, STAMP CRETE OF RHODE ISLAND, INC. AND STAMPED CONCRETE, INC.<br><br>Defendants. | C.A. No. 04cv11125 NG |

**AFFIDAVIT OF RENEE J. BUSHEY IN SUPPORT
OF AWARD OF ATTORNEY'S FEES AND COSTS PURSUANT TO
SECTION 502(g)(2) OF ERISA, 29 U.S.C. § 1132(g)(2)**

I, Renee J. Bushey, Esq., under oath, affirm and declare as follows:

1. I am an attorney associated with the law office of Feinberg, Campbell & Zack, P.C., located at 177 Milk Street, Boston, MA 02109. I am admitted to practice before the United States District Court for the District of Massachusetts, the United States Court of Appeals for the First Circuit, the United States District Court for the District of Rhode Island, the Massachusetts Supreme Judicial Court, and the Rhode Island Supreme Court. I have specialized in labor law since receiving my juris doctorate from Cornell University Law School in 1995 and have acted as legal representative of the New England Teamsters and Trucking Industry Pension Fund ("Pension") for the purposes of the above-captioned matter.

2. Catherine M. Campbell is an attorney associated with the law office of Feinberg, Campbell & Zack, P.C., located at 177 Milk Street, Boston, MA 02109. Attorney Campbell admitted to practice before the United States District Court for the District of Massachusetts, the

1

United States District Court for the Northern District of California, the United States Court of Appeals for the First Circuit, the Massachusetts Supreme Judicial Court, and the California Supreme Court. She specializes in litigation under the Employee Retirement Income Security Act of 1974 (ERISA) and the Multiemployer Pension Plan Amendments Act of 1980 (MPPAA) and has acted as legal representative of the New England Teamsters and Trucking Industry Pension Fund ("Pension") for the purposes of the above-captioned matter.

3. The amount of time this office has expended in pursuing collection of pension contributions due and owing the Pension Fund from the Defendants has been 97.0 hours. Pursuant to financial arrangements made by this office with the Fund, services performed by an attorney in this office for the Fund prior to February 28, 2006 were charged at the rate of $235.00 per hour for Catherine M. Campbell and $210.00 for Renee J. Bushey. Services performed by an attorney in this office for the Fund after March 1, 2006 were charged at the rate of $250.00 per hour for Catherine M. Campbell and $235.00 for Renee J. Bushey.

4. The total of attorneys fees and costs incurred by the Pension Fund are $24,776.63. (see attached documentation).

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 14 DAY OF JUNE, 2006.

Renee J. Bushey, BBO #629444
FEINBERG, CAMPBELL & ZACK, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976

| Client | Trans Date | Atty | H P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Fees** | | | | | | | | | |
| 200.204 | 05/17/2004 | 7 | A | 1 | 235.00 | 0.50 | 117.50 | Telephone conference with Fund office regarding Stamprete<br>New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc. | ARCH |
| 200.204 | 05/19/2004 | 11 | A | 1 | 125.00 | 0.75 | 93.75 | Draft Complaint against Stamprete, Stamped-Concrete and Stamp Crete<br>New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc. | ARCH |
| 200.204 | 06/18/2004 | 7 | A | 1 | 235.00 | 0.50 | 117.50 | Telephone conference with T. Plunkett; Memo to file<br>New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc. | ARCH |
| 200.204 | 06/30/2004 | 7 | A | 1 | 235.00 | 0.50 | 117.50 | Review of Answer, Review research regarding dismissal for receivership<br>New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc. | ARCH |
| 200.204 | 07/06/2004 | 7 | A | 1 | 235.00 | 3.25 | 763.75 | Research regarding Motion to Amend Complaint<br>New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc. | ARCH |
| 200.204 | 07/08/2004 | 7 | A | 1 | 235.00 | 0.75 | 176.25 | Review of receivership Proof of Claim; Letter to C. Langone<br>New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc. | ARCH |
| 200.204 | 07/12/2004 | 7 | A | 1 | 235.00 | 1.25 | 293.75 | Review and edit Amended Complaint<br>New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc. | ARCH |
| 200.204 | 07/14/2004 | 7 | A | 1 | 235.00 | 0.50 | 117.50 | Final review of receiver Proof of Claim; Preparation of Motion to Amend Complaint<br>New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc. | ARCH |
| 200.204 | 09/02/2004 | 7 | A | 1 | 235.00 | 0.50 | 117.50 | Review Answer to Amended Complaint; Contact court regarding scheduling conference<br>New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc. | ARCH |
| 200.204 | 10/07/2004 | 7 | A | 1 | 235.00 | 0.75 | 176.25 | Preparation of joint scheduling conference; Letter to attorney<br>New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc. | ARCH |
| 200.204 | 10/08/2004 | 7 | A | 1 | 235.00 | 2.25 | 528.75 | Preparation of 16.1 certificate; Letter to attorney; Edit of pretrial conference memorandum<br>New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc. | ARCH |
| 200.204 | 10/12/2004 | 7 | A | 1 | 235.00 | 0.50 | 117.50 | Preparation of settlement proposal; Letter regarding dismissal of Stamp Crete<br>New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc. | ARCH |
| 200.204 | 10/13/2004 | 7 | A | 1 | 235.00 | 2.50 | 587.50 | Preparation of Disclosure Statement<br>New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc. | ARCH |
| 200.204 | 11/02/2004 | 7 | A | 1 | 235.00 | 2.25 | 528.75 | Prepare for and attend scheduling conference<br>New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc. | ARCH |
| 200.204 | 12/08/2004 | 7 | A | 1 | 235.00 | 1.25 | 293.75 | Review correspondence from attorney; Research regarding dismissal of defendant in receivership<br>New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc. | ARCH |
| 200.204 | 12/14/2004 | 7 | A | 1 | 235.00 | 0.50 | 117.50 | Update litigation report<br>New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc. | ARCH |
| 200.204 | 03/31/2005 | 7 | A | 1 | 235.00 | 3.25 | 763.75 | Preparation of Discovery<br>New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc. | ARCH |
| 200.204 | 04/08/2005 | 7 | A | 1 | 235.00 | 3.75 | 881.25 | Preparation of Discovery and Notice of Deposition<br>New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc. | ARCH |
| 200.204 | 04/13/2005 | 7 | A | 1 | 235.00 | 0.50 | 117.50 | Letter to Ferrucci, receiver<br>New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc. | ARCH |
| 200.204 | 04/20/2005 | 7 | A | 1 | 235.00 | 3.25 | 763.75 | Research regarding various entities in preparation for deposition; Preparation of Motion to Extend Discovery schedule<br>New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc. | ARCH |
| 200.204 | 04/22/2005 | 7 | A | 1 | 235.00 | 0.50 | 117.50 | Telephone conference with attorney; Letter to same regarding deposition; Discovery<br>New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc. | ARCH |
| 200.204 | 04/26/2005 | 7 | A | 1 | 235.00 | 7.50 | 1762.50 | Preparation for and attend deposition of L. Pezza<br>New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc. | ARCH |
| 200.204 | 05/02/2005 | 7 | A | 1 | 235.00 | 0.50 | 117.50 | Preparation of second set of interrogatories<br>New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc. | ARCH |
| 200.204 | 05/10/2005 | 7 | A | 1 | 235.00 | 1.25 | 293.75 | Preparation of Responses to Discovery | ARCH |

Fees

| Client | Trans Date | Atty | H P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| 200.204 | 05/31/2005 | 7 | A | 1 | 235.00 | 0.50 | 117.50 | New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc.<br>Telephone conference with attorney; Notice of rescheduled deposition; Ppreparation for deposition | ARCH |
| 200.204 | 06/22/2005 | 7 | A | 1 | 235.00 | 1.50 | 352.50 | New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc.<br>7.1 conference letter; Preparation of Responses to Discovery | ARCH |
| 200.204 | 06/27/2005 | 7 | A | 1 | 235.00 | 2.50 | 587.50 | New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc.<br>Preparation of Responses to Discovery | ARCH |
| 200.204 | 06/28/2005 | 7 | A | 1 | 235.00 | 0.75 | 176.25 | New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc.<br>Research regarding Secretary Of State; Letter to same | ARCH |
| 200.204 | 06/29/2005 | 7 | A | 1 | 235.00 | 3.75 | 881.25 | New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc.<br>Preparation of Responses to Discovery | ARCH |
| 200.204 | 06/30/2005 | 7 | A | 1 | 235.00 | 0.75 | 176.25 | New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc.<br>Prepare for and attend status conference | ARCH |
| 200.204 | 07/06/2005 | 7 | A | 1 | 235.00 | 2.50 | 587.50 | New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc.<br>Preparation of Subpoenas | ARCH |
| 200.204 | 07/08/2005 | 7 | A | 1 | 235.00 | 0.50 | 117.50 | New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc.<br>Telephone conference with B Thompson; Review of Document Requests and Responses | ARCH |
| 200.204 | 07/22/2005 | 7 | A | 1 | 235.00 | 1.25 | 293.75 | New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc.<br>Preparation of Motion to Compel Discovery Responses; Telephone conference with attorney | ARCH |
| 200.204 | 08/10/2005 | 7 | A | 1 | 235.00 | 0.25 | 58.75 | New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc.<br>Telephone conference with attorney regarding Motion to Compel | ARCH |
| 200.204 | 09/07/2005 | 7 | A | 1 | 235.00 | 3.50 | 822.50 | New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc.<br>Prepare for and attend status conference with Judge Dein | ARCH |
| 200.204 | 09/08/2005 | 7 | A | 1 | 235.00 | 0.50 | 117.50 | New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc.<br>Letter to Attorney Thompson and Plunkett; Review of Order | ARCH |
| 200.204 | 09/08/2005 | 7 | A | 1 | 235.00 | 2.75 | 646.25 | New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc.<br>Preparation of deposition summary of C. Pezza | ARCH |
| 200.204 | 09/13/2005 | 7 | A | 1 | 235.00 | 0.50 | 117.50 | New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc.<br>Letters to Plunkett and Thompson | ARCH |
| 200.204 | 09/21/2005 | 7 | A | 1 | 235.00 | 0.25 | 58.75 | New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc.<br>Letter to Thompson | ARCH |
| 200.204 | 09/22/2005 | 7 | A | 1 | 235.00 | 5.50 | 1292.50 | New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc.<br>Prepare for and attend deposition of M. Pezza | ARCH |
| 200.204 | 09/29/2005 | 7 | A | 1 | 235.00 | 6.00 | 1410.00 | New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc.<br>Review subpoenaed documents; Prepare Amended Complaint, Motion to File Amended Complaint, and Demand letter regardings settlement | ARCH |
| 200.204 | 09/30/2005 | 7 | A | 1 | 235.00 | 0.50 | 117.50 | New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc.<br>Preparation of Motion to Compel | ARCH |
| 200.204 | 10/07/2005 | 7 | A | 1 | 235.00 | 0.50 | 117.50 | New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc.<br>Edit of Motion regarding Amendment of Complaint; Letter to Thompson | ARCH |
| 200.204 | 10/11/2005 | 7 | A | 1 | 235.00 | 0.75 | 176.25 | New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc.<br>Preparation of Motion and Memo to Compel Interrogatories | ARCH |
| 200.204 | 10/12/2005 | 7 | A | 1 | 235.00 | 1.00 | 235.00 | New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc.<br>Edit of Memorandum and Motion to Amend Complaint | ARCH |
| 200.204 | 02/07/2006 | 14 | A | 21 | 210.00 | 1.00 | 210.00 | New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc.<br>Review of file; Discussion with Attorney Campbell | ARCH |
| 200.204 | 02/09/2006 | 14 | A | 1 | 210.00 | 0.50 | 105.00 | New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc.<br>Telephone conference with attorney; Review of L. Pezza deposition | ARCH |

| Client | Trans Date | Atty | H/P | Tcd | Rate | Hours to Bill | Amount | Description | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Fees** | | | | | | | | | |
| 200.204 | 02/13/2006 | 14 | A | 1 | 210.00 | 0.75 | 157.50 | Telephone conference with attorney; Preparation of Motion to Extend Time<br>New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc. | ARCH |
| 200.204 | 02/16/2006 | 14 | A | 18 | 210.00 | 0.75 | 157.50 | Preparation of Summary Judgment Motion; Review of deposition<br>New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc. | ARCH |
| 200.204 | 02/17/2006 | 14 | A | 21 | 210.00 | 1.00 | 210.00 | Review of file for Motion for Summary Judgment<br>New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc. | ARCH |
| 200.204 | 02/21/2006 | 14 | A | 20 | 210.00 | 1.00 | 210.00 | Research for Motion for Summary Judgment<br>New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc. | ARCH |
| 200.204 | 02/27/2006 | 14 | A | 18 | 210.00 | 1.00 | 210.00 | Preparation of Motion for Summary Judgment; Telephone conference with attorney<br>New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc. | ARCH |
| 200.204 | 03/02/2006 | 14 | A | 20 | 235.00 | 1.25 | 293.75 | Research on jurisdiction issue for Motion for Summary Judgment<br>New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc. | ARCH |
| 200.204 | 03/06/2006 | 14 | A | 1 | 235.00 | 2.00 | 470.00 | Telephone conference with attorney; Preparation of undisputed facts for Motion of Summary Judgment<br>New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc. | ARCH |
| 200.204 | 03/07/2006 | 14 | A | 18 | 235.00 | 2.00 | 470.00 | Preparation of Motion for Summary Judgment<br>New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc. | ARCH |
| 200.204 | 03/09/2006 | 14 | A | 18 | 235.00 | 1.00 | 235.00 | Preparation of Motion for Summary Judgment; Telephone conference with attorney<br>New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc. | ARCH |
| 200.204 | 03/13/2006 | 14 | A | 18 | 235.00 | 3.00 | 705.00 | Preparation of Motion, Memo for Sanctions, and Statement of Facts<br>New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc. | ARCH |
| 200.204 | 03/14/2006 | 14 | A | 35 | 235.00 | 3.50 | 822.50 | Edit Motion for Sanctions; Preparation of Summary Judgment; Review deposition of M. Pezza<br>New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc. | ARCH |
| 200.204 | 03/16/2006 | 14 | A | 35 | 235.00 | 1.50 | 352.50 | Edit of Memo for Motion for Summary Judgment<br>New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc. | ARCH |
| 200.204 | 03/23/2006 | 14 | A | 35 | 235.00 | 0.50 | 117.50 | Edit Motion of Summary Judgment, Memo and Facts Statement<br>New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc. | ARCH |
| 200.204 | 03/24/2006 | 7 | A | 1 | 250.00 | | 0.00 | Review of motion to compromise in receivership<br>New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc. | ARCH |
| 200.204 | 03/27/2006 | 14 | A | 11 | 235.00 | 0.50 | 117.50 | Discussion with assistant regarding filing procedures<br>New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc. | ARCH |
| 200.204 | 04/11/2006 | 14 | A | 1 | 235.00 | 0.25 | 58.75 | Telephone conference with Receiver<br>New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc. | ARCH |
| 200.204 | 04/18/2006 | 14 | A | 1 | 235.00 | 0.25 | 58.75 | Telephone conferences with Attorney and Receiver<br>New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc. | ARCH |
| 200.204 | 05/23/2006 | 14 | U | 14 | 235.00 | 0.25 | 58.75 | Email correspondence regarding status; Review of Receivership document<br>New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc. | 191 |
| **Total for Fees** | | | | | Billable | 97.00 | 22562.50 | | |
| **Expenses** | | | | | | | | | |
| 200.204 | 08/12/2004 | 7 | A | 52 | | | 43.75 | Local counsel fees. (2450) Gursky Law Associates - during the month of July 2004<br>New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc. | ARCH |
| **Total for Expenses** | | | | | Billable | 0.00 | 43.75 | | |
| **Advances** | | | | | | | | | |
| 200.204 | 05/26/2004 | 7 | A | 114 | | | 150.00 | Filing Fees/ (38) Clerk, US District Court<br>New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc. | ARCH |
| 200.204 | 05/26/2004 | 11 | A | 54 | | | 9.30 | Certified Mail Cost: Copy of Complaint to US Secretaries of | ARCH |

| Client | Trans Date | Atty | H P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|

**Advances**

| Client | Trans Date | Atty | H/P | Tcd | Amount | Description | Ref # |
|---|---|---|---|---|---|---|---|
| 200.204 | 05/28/2004 | 11 | A | 54 | 14.64 | Labor and Treasury<br>New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc.<br>Certified Mail Cost: Service of Complaint on each defendant<br>New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc. | ARCH |
| 200.204 | 07/21/2004 | 7 | A | 134 | 74.03 | Online Computer Research Charges via Lexis-Nexis during the month of June 2003<br>New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc. | ARCH |
| 200.204 | 08/12/2004 | 7 | A | 134 | 37.23 | Online Computer Research Charges via Lexis-Nexis during the month of July 2004<br>New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc. | ARCH |
| 200.204 | 04/07/2005 | 7 | A | 134 | 15.00 | Online Computer Research Charges via locateplus.com<br>New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc. | ARCH |
| 200.204 | 04/26/2005 | 7 | A | 112 | 426.25 | Deposition/Transcript Expense: (2412) Neal A. Salloway - deposition of Leonard A. Pezza<br>New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc. | ARCH |
| 200.204 | 05/31/2005 | 7 | A | 134 | 29.45 | Online Computer Research Charges via knowx.com and locateplus.com<br>New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc. | ARCH |
| 200.204 | 07/19/2005 | 7 | A | 118 | 31.95 | Photocopying Expenses/ (2405) Secretary of State of Rhode Island - certified copies of annual reports<br>New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc. | ARCH |
| 200.204 | 07/28/2005 | 7 | A | 115 | 141.00 | Service of Subpoenas: Constble & Investigation Services<br>New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc. | ARCH |
| 200.204 | 09/16/2005 | 7 | A | 128 | 69.48 | United Parcel Service/Overnight Delivery<br>New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc. | ARCH |
| 200.204 | 09/22/2005 | 7 | A | 112 | 341.50 | Deposition/Transcript Expense: (2412) Neal A. Salloway - Deposition of Michael T. Pezza<br>New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc. | ARCH |
| 200.204 | 09/26/2005 | 7 | A | 118 | 674.71 | Photocopying Expenses/ copies of requested records- Kiernan, Plunkett & Redihan<br>New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc. | ARCH |
| 200.204 | 10/14/2005 | 7 | A | 134 | 12.84 | Online Computer Research Charges via Lexis-Nexis during the month of September 2005<br>New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc. | ARCH |
| 200.204 | 03/31/2006 | 7 | A | 134 | 83.52 | Online Computer Research Charges via Lexis-Nexis during the month of February<br>New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc. | ARCH |
| 200.204 | 04/24/2006 | 7 | A | 134 | 59.48 | Online Computer Research Charges via Lexis-Nexis during the month of March<br>New England Teamsters & Trucking Industry<br>C. Pezza & Son, Inc. | ARCH |

**Total for Advances**　　　　　Billable　　0.00　　2170.38

**GRAND TOTALS**

　　　　　　　　　　　Billable　　97.00　　24776.63