UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES LANGONE, as FUND MANAGER )
of the NEW ENGLAND TEAMSTERS AND )
TRUCKING INDUSTRY PENSION FUND )
)
)
Plaintiff, )
) C.A. No. 04cv11125 NG
v. )
)
STAMPRETE OF RHODE ISLAND, STAMP )
CRETE OF RHODE ISLAND, INC. )
AND STAMPED CONCRETE, INC. )
)
Defendants. )
)

### JUDGMENT

Upon the Court's June 2, 2006 Order granting Plaintiff's Motion for Summary Judgment, it is hereby:

ORDERED, ADJUDGED AND DECREED that Plaintiff will recover from Defendant Stamped Concrete, Inc. the total sum of $82,845.24, which includes the judgment for $54,862.42 entered in C.A.No: 02cv11815 NG on November 27, 2002, interest in the amount of $3,206.19 and attorney's fees and costs in the amount of $24,776.63.

So Ordered.

~~Chief Judge,~~ U.S. District Court

Dated: 6/19/06

M. Molloy
Deputy Clerk