04 146

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MASSACHUSETTS

CHARLES LANGONE, AS FUND MANAGER OF
THE NEW ENGLAND TEAMSTERS AND
TRUCKING INDUSTRY PENSION FUND

VS.                                            C.A. NO. 04-11125 NG

STAMPRETE OF RHODE ISLAND, STAMP
CRETE OF RHODE ISLAND, INC. AND
STAMPED CONCRETE, INC.

### STIPULATION

Judgment fully satisfied.

*Renee Bushey*
RENEE J. BUSHEY #629441
FEINBERG, CAMPBELL & ZACK
177 Milk Street, Suite 300
Boston, MA 02109

Dated: October 30, 2006